FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2017 JUN 14 AM 11: 19

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

JUDY BEERMAN and
THOMAS BEERMAN,
Husband and Wife,

      Plaintiffs,

vs.

SUPPORT DOGS, INC.,
A Foreign Corporation,

      Defendant.

_____/.

CASE NO.:

2:17-CV-326-FtM-99CM

## DEFENDANT'S NOTICE OF REMOVAL

Defendant SUPPORT DOGS, INC. by and through its undersigned attorney, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes to the United States District Court, Middle District of Florida, Fort Myers Division, an action pending in the Twentieth Judicial Circuit in and for Lee County, Florida, captioned *JUDY BEERMAN and THOMAS BEERMAN, Husband and Wife vs. SUPPORT DOGS, INC., A Foreign Corporation,* bearing Case Number 16-CA-003549, and further states:

     1.     Plaintiff commenced this civil action in the Twentieth Judicial Circuit in and for Lee County, Florida. Copies of all process, pleadings, and orders served upon Defendants SUPPORT DOGS, INC. are attached hereto as lettered Exhibits, specifically:

(a)    Plaintiffs' Complaint, Exhibit A;
(b)    Notice of Filing of Return of Service and Return of Service of Complaint, Exhibit B;
(c)    Plaintiffs' Motion For Default; Exhibit C;
(d)    Plaintiffs' Notice Of Withdrawal Of Motion For Default, Exhibit D;
(e)    Defendant's Motion For Enlargement Of Time, Exhibit E;
(f)    Defendant Support Dogs, Inc.'s Motion To Dismiss Complaint For Lack Of Personal Jurisdiction And Memorandum Of Law In Support Of Motion, Exhibit F;
(g)    Plaintiff's Amended Complaint, Exhibit G;

(h)    Notice of Filing of Return of Service and Return of Service of Amended Complaint, Exhibit H;

(i)    Defendant Support Dogs, Inc.'s Motion To Dismiss First Amended Complaint For Lack Of Personal Jurisdiction And Memorandum Of Law In Support Of Motion, Exhibit I;

(j)    Plaintiffs' Notice Of Service Of Interrogatories To Defendant and Interrogatories, Exhibit J;

(k)    Plaintiffs' Request To Produce To Defendant, Exhibit K;

(l)    Plaintiffs' Request For Admissions To Defendant, Exhibit L;

(m)    Notice of Hearing, Exhibit M.

2.    Under 28 U.S.C. § 1332(a)(1), the United States District Courts "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs" and is between citizens of different states. In this case, the pleadings the additional materials filed in the state court, and the Affidavit of Alan D. Stewart and Exhibits attached thereto, copies of which are annexed hereto, demonstrate that these requirements have been met:

A,    Complete diversity of citizenship is present. Plaintiffs are each a citizen of the State of Florida, and Defendant SUPPORT DOGS, INC. is a citizen of Missouri. SUPPORT DOGS, INC. is a corporation formed pursuant to the laws of the State of Missouri, with its principal place of business in St. Louis, Missouri. As alleged in paragraph 2 of the First Amended Complaint, SUPPORT DOGS, INC. is now, and at all times herein mentioned . . . "duly organized and existing under the laws of the State of Missouri." Defendant SUPPORT DOGS, INC. is not a citizen of Florida. *See* Affidavit of Anne Klein, Exhibit N.

B.    In the First Amended Complaint Plaintiff alleged this is an action for damages exceeding $15,000.00. No further allegation was made in the First Amended Complaint concerning the particular amount of damages claimed. However, in a June 7, 2017 e-mail correspondence, Plaintiffs counsel stated "I can confirm that the amount in controversy

exceeds $75,000, exclusive of interest." *See* Affidavit of Alan D. Stewart, at Exhibit 3, annexed hereto as Exhibit O.

3.      Based on the foregoing admissions, the greater weight of the evidence supports Defendant's position that the amount in controversy exceeds the jurisdictional threshold.

4.      This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332 because it is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. As a result, this action is properly removable to this Court pursuant to 28 U.S.C. § 1441.

5.      Applying 28 U.S.C. § 1446(b)(3) and 28 U.S.C. § 1446(c)(3)(A), this Notice of Removal has been filed within the time required by law.

6.      Promptly after Defendant SUPPORT DOGS, INC. files this Notice of Removal, it will file a true copy of same with the Clerk of the Circuit Court for Lee County, Florida, as required by 28 U.S.C. § 1446(d).

7.      Written notice of filing this Notice of Removal has been given to the adverse party as required by 28 U.S.C. § 1446(d). *See* Exhibit P.[1]

Dated    June 14, 2017

ALAN D. STEWART, ESQUIRE
Florida Bar No 0108431
Attorney E-Mail Address: Alan.Stewart@thehartford.com
Service E-Mail Address:
LawOfficesWeissman@TheHartford.com
**LAW OFFICES OF JASON L. WEISSMAN**
4000 Hollywood Blvd., Suite 501-South Tower
Hollywood, Florida 33021
Telephone  (407) 562-3158
Facsimile  (877) 369-4879
Attorneys for Defendant SUPPORT DOGS, INC.

---

[1] The Notice of filing Notice of Removal provided to Plaintiff includes all Exhibits annexed hereto, though such Exhibits are not attached to the annexed Exhibit P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copies of the foregoing was served by Electronic Mail on June 14, 2017 on John B. Cechman, Esq., Derrick G. Isaac, Esq., john@gbclaw.com and  dgi@gbclaw.com, and jenni@bdlawgroup.com, Goldstein, Buckley, Cechman, Rice & Purtz, P.A., 1515 Broadway, Post Office Box 2366, Ft. Myers, FL, 33902-2366.

*Alan D. Stewart*

ALAN D. STEWART, ESQUIRE
Florida Bar No 0108431
Attorney E-Mail Address: Alan.Stewart@thehartford.com
Service E-Mail Address: LawOfficesWeissman@TheHartford.com
**LAW OFFICES OF JASON L. WEISSMAN**
4000 Hollywood Blvd., Suite 501-South Tower
Hollywood, Florida 33021
Telephone  (407) 562-3158
Facsimile  (877) 369-4879
Attorneys for Defendant SUPPORT DOGS, INC.