JUDY BEERMAN and THOMAS
BEERMAN, Wife

      Plaintiffs,

v.                             Case No:  2:17-cv-326-FtM-99CM

SUPPORT DOGS, INC.,

      Defendant/Third Party
      Plaintiff

SUSAN BLUEHS,

    Third Party Defendant.

_____/

## ORDER[1]

This matter comes before the Court on Defendant Support Dogs, Inc.'s Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction (Doc. 4) filed in state court on May 8, 2017. This matter was removed to this Court on June 15, 2017. Since that time, there has been no response filed to the Motion to Dismiss and the time to do so has expired. It appears that the motion may now be moot due to Defendant's filing of an Answer and Affirmative Defenses. (Doc. 10). Defendant may file a renewed motion

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

to dismiss if it still wishes to raise any issues with personal jurisdiction, citing authority that the issue has not been waived.

Accordingly, it is now

**ORDERED:**

Defendant Support Dogs, Inc.'s Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction (Doc. 4) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of July, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record